United States District Court
Southern District of Texas
**ENTERED**
March 29, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Francisco Medina, Jr., <br>    Petitioner, <br><br> v. <br><br> Ed Gonzalez, <br> Sheriff, Harris County, Texas, <br>    Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action H-22-249 |

## Order of Adoption

On February 18, 2022, Magistrate Judge Peter Bray recommended that the court dismiss Francisco Medina, Jr.'s petition for writ of habeas corpus. (7) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on March 28, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge